UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| **BRENT ROTTER**<br>an individual,<br><br>PLAINTIFF,<br><br>v.<br><br>**SUL ENTERPRISES, INC.**,<br>a company,<br><br>DEFENDANT. | Case No. 2:2025-cv-00710<br><br>**VOLUNTARY DISMISSAL PURSUANT TO CR 41** |

### NOTICE OF VOLUNTARY DISMISSAL

 Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice the above-referenced action is voluntarily dismissed, without prejudice against all Defendants.

Dated this 19th day of May 2025.

       Respectfully submitted,

       By: *[signature]*
       Peter Barnett, WSBA No. 50945
       Attorney for Plaintiff
       Telephone: 425-298-3922
       peter@peterbarnettlaw.com

**DEFENDANT TO BE SERVED:**
SUL ENTERPRISES, INC.
C/O PARK & ASSOCIATES, PS, CPA
32020 32nd Avenue South. STE 102
Federal Way, WA 98001